HANSON BRIDGETT LLP
PATRICK M. GLENN - 141604
pglenn@hansonbridgett.com
JENICA D. MARIANI - 266982
jmariani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.

BRYAN J. McCORMACK, SBN 192418
McCORMACK LAW FIRM
150 Post Street, Suite #742
San Francisco, CA 94108
Telephone: (415) 440-6662
Facsimile: (415) 776-5687

Jason M. Erlich, Esq., Cal. Bar #203661
jason@erlichlaw.com
THE ERLICH LAW FIRM
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorneys for Plaintiff William J. Hansen

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. HANSEN,<br><br>Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., (a California corporation), and DOES 1 THROUGH X,<br><br>Defendant. | No. C-10-5307 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff William J. Hansen ("Plaintiff") and Defendant The Permanente Medical Group, Inc. ("Defendant"), through their respective counsel, have stipulated and jointly request that:

- 1 -

Whereas, the deadline for completing mediation through the Court's ADR program is set for June 9, 2011;

Whereas, Defendant wishes to complete Plaintiff's deposition prior to the mediation session, defendant has compiled extensive electronic information and documents that will be produced to plaintiff, the schedules of counsel, and to give each side adequate time to fully and thoroughly prepare for the mediation;

Whereas, the parties have confirmed and scheduled a mediation session with the assigned mediator for June 21, 2011;

Whereas, the Court has set a further Case Management Conference for June 17, 2011 at 8:30 a.m.

Therefore, the parties hereby request that the Court extend the ADR completion date to June 22, 2011 and to continue the Case Management Conference to a date convenient to the Court.

This Stipulation and Order shall not effect the trial date or any other dates set in this action, unless otherwise stated by the Court.

DATED: May 13, 2011            MCCORMACK LAW FIRM

By:/s/ Bryan J. McCormack
BRYAN J. MCCORMACK
Attorneys for Plaintiff
WILLIAM J. HANSEN

DATED: May 13, 2011            THE ERLICH LAW FIRM

By:/s/ Jason M. Erlich
JASON M. ERLICH
Attorneys for Plaintiff
WILLIAM J. HANSEN

1  DATED: May 13, 2011					HANSON BRIDGETT LLP

						By:/s/Jenica D. Mariani
						 PATRICK M. GLENN
						 JENICA D. MARIANI
						 Attorneys for Defendant
						 THE PERMANENTE MEDICAL GROUP,
						 INC.


<u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Jenica D. Mariani—the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from each of the other signatories to this document.

						<u>/s/ Jenica D. Mariani</u>
						Jenica D. Mariani


PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:

Case Management Conference continued to Friday, July 8, 2011.

Dated: <u>May 17, 2011</u>			_____
						THE HONORABLE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE
AND TO CONTINUE MANAGEMENT CONF. (CASE NO. C-10-05307 CRB)				3009173.1