```
 1  HANSON BRIDGETT LLP
    PATRICK M. GLENN, SBN 141604
 2  pglenn@hansonbridgett.com
    JENICA D. MARIANI, SBN 266982
 3  jmariani@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:   (415) 777-3200
 5  Facsimile:   (415) 541-9366

 6  Attorneys for Defendant
    THE PERMANENTE MEDICAL GROUP, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. HANSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., (a California corporation), and DOES 1 THROUGH X,<br><br>　　　　Defendant. | CASE NO. C-10-5307 CRB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with respect to all parties.

DATED: 11/1/11

McCORMACK LAW FIRM

By: /s/ Bryan J. McCormack
BRYAN J. McCORMACK, ESQ.
Attorney for Plaintiff WILLIAM J. HANSEN

///

| | | |
|---|---|---|
| 1 | DATED: 11/1/11 | ERLICH LAW FIRM |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JASON M. ERLICH, ESQ. |
| | | Attorney for Plaintiff WILLIAM J. HANSEN |

DATED: 11-1-11     By: _____
HANSON BRIDGETT LLP
PATRICK M. GLENN, ESQ.
JENICA D. MARIANI, ESQ.
Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   December 7, 2011

_____
The Honorable Charles Breyer
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

3850484.1

-2-                                                                                   C-10-5307 CRB
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(a)(1)]