```
 1  HANSON BRIDGETT LLP
    PATRICK M. GLENN, SBN 141604
 2  pglenn@hansonbridgett.com
    JENICA D. MARIANI, SBN 266982
 3  jmariani@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:   (415) 777-3200
 5  Facsimile:   (415) 541-9366

 6  Attorneys for Defendant
    THE PERMANENTE MEDICAL GROUP, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. HANSEN,<br><br>         Plaintiff,<br><br>   v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., (a California corporation), and DOES 1 THROUGH X,<br><br>         Defendant. | CASE NO. C-10-5307 CRB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER [FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with respect to all parties.

DATED: 11/1/11

McCORMACK LAW FIRM

By: /s/ Bryan J. McCormack
BRYAN J. McCORMACK, ESQ.
Attorney for Plaintiff WILLIAM J. HANSEN

///

3850484.1

C-10-5307 CRB

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(a)(1)]

DATED: 11/1/11

ERLICH LAW FIRM

By: _____
JASON M. ERLICH, ESQ.
Attorney for Plaintiff WILLIAM J. HANSEN

DATED: 11-1-11

HANSON BRIDGETT LLP

By: _____
PATRICK M. GLENN, ESQ.
JENICA D. MARIANI, ESQ.
Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 7, 2011

_____
The Honorable Charles Breyer
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*

3850484.1

-2-

C-10-5307 CRB

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(a)(1)]